Kelly Gill Esq.
McMahon, Surovik, Suttle, P.C.
P.O. Box 3679
Abilene TX 79604
Phone: 325-676-9183
Fax: 325-676-8836
bkr.kgill@mcmahonlawtx.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| In re: | |
| | Bankruptcy Case No. 09-38015 |
| Gary Morgan, | |
| Debtor. | |
| | Adversary No. 10-03038 |
| Chase Bank USA, N.A., | |
| Plaintiff, | |
| v. | |
| Gary Morgan, | |
| Defendant. | |

### PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES

Chase Bank USA, N.A., Plaintiff, files this Notice of Initial Disclosures.

On March 25, 2010, Plaintiff served upon Defendant and Defendant's counsel its Initial Disclosures pursuant to FRBP 7026.

Respectfully submitted,

McMahon Surovik Suttle P.C.
P.O. Box 3679
Abilene, Texas 79604
(325) 676-9183/Fax: (325) 676-8836
bkr.kgill@mcmahonlawtx.com

By:      /s/ Kelly Gill
         Kelly Gill
         **ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing instrument was delivered by electronic service, to the following on March 25, 2010.

Gary Morgan                    Richard James Reister
7408 Sleepy Ridge Circle          Attorney At Law
Fort Worth TX 76133               14001 Dallas Parkway, Suite 1200
                                       Dallas TX 75240

                                  ___/s/ Kelly Gill_____
                                  KELLY GILL